STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JANNETTE DE JESUS RODRIGUEZ    Case No. 10-11899-BKT

Chapter 13    Attorney Name: JOSE M PRIETO CARBALLO

### I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: January 19, 2011
Time: 9:29 Am Track: n/R
[ ] This is debtor(s) _/_ Bankruptcy filing.
Liquidation Value: $15.00
PV= $17.00
Creditors
R. Hewen - BPP

### II. Oath Administered
[✓] Yes    [ ] No

### III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 06-09 [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[✓] Evidence of income (60 days prior to petition)

### IV. Status of Meeting  [✓] Closed  [ ] Not Held  [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] No DSO certificate (Post-petition)
[✓] Evidence of income → all June 2010
   [ ] Missing  [✓] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete  [ ] Missing
   [ ] Fails commitment period  [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing  [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

JANNETTE DE JESUS RODRIGUEZ  Case No. 10-11899-BKT

Chapter 13  Attorney Name: JOSE M PRIETO CARBALLO

**VI. Plan** (Cont.)
Date: December, 20, 2010  Base $ 29,100.00  [X] Filed  Evidence of Pmt shown: _UPS MO #0353_
Payments _0_ made out of _1_ due.  [ ] Not Filed  _(to be mailed today)_ $485

**VII. Confirmation Hearing Date:** February, 11, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 206.00 = $ 2,794.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[X] Insurance estimate
_Amended insurance estimate to reflect_
[ ] Assumption/Rejection executory contract _auto loan's maturity 7/2013_

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
[ ] Monthly reports for the months

[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor  [ ] Joint debtor
[ ] Other:

[ ] Public Liability Insurance
  [ ] Premises _____
  [ ] Vehicle(s) _____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**
① Trustee will file motion to dismiss if 1st pymt is not received in the next 10 days.

Trustee/Presiding Officer  Date: January 19, 2011
(Rev.